■ YOLANDA ZIEGLER, Appellant-Respondent, v LILLIAN T. MELLUSO, *Respondent-Appellant.*—Judgment of the Supreme Court, Orange County, entered January 7, 1980, affirmed, without costs or disbursements. No opinion. Appeal from an order of the same court, entered November 28, 1979, dismissed, without costs or disbursements (see *Matter of Aho,* 39

NY2d 241, 248). The order was reviewed upon the appeals from the judgment. Mollen, P. J., Hopkins, Titone and Weinstein, JJ., concur.